UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BREWER, an individual, DEBORAH BREWER, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>  Defendants. | CASE NO.:  CV13-3207-DMG(VBKx)<br><br>JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. |

On November 22, 2012, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, this Court entered an order granting, without leave to amend, the Motion to Dismiss plaintiffs' First Amended Complaint filed by defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"). Pursuant to the Court's order, this action is dismissed without prejudice.  In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiffs' First Amended Complaint is dismissed without prejudice as to defendant Wells Fargo;

2. Plaintiffs shall take nothing from defendant Wells Fargo;

3. As the prevailing party, defendant Wells Fargo shall be awarded costs; and

4. Defendant Wells Fargo reserves its right to submit motions to tax costs and to recover attorneys' fees.

**IT IS SO ORDERED.**

DATED: December 4, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE